UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURA J. McGARRY, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 10-11343-GAO |
| ) | |
| GERIATRIC FACILITIES OF CAPE ) | |
| COD, INC. et al., ) | |
| ) | |
| Defendants. ) | |

ORDER

February 15, 2010

SOROKIN, M.J.

On February 14, 2011, the undersigned Magistrate Judge convened a Rule 16 scheduling conference in this case, pursuant to a referral from Judge O'Toole. The pro se Plaintiff appeared by telephone. The Plaintiff's son observed the proceedings. Counsel appeared for the Defendants. After a lengthy discussion with the Plaintiff and counsel for the Defendants, the Court entered oral Orders which are now rendered in writing, as follows:

1. The Plaintiff shall not make any filings with this Court without the prior approval of a District or Magistrate Judge;

2. By March 1, 2011, the Plaintiff shall file with the Court one document listing: (a) the name and, if known, the employer of each person she wishes to depose, along with up to four sentences per person explaining the reason she wishes to take the

1

deposition; (b) the documents or categories of documents she seeks, if any, from the Defendants; and (c) the interrogatory questions, if any, she wishes to ask of the Defendants.

3. By March 4, 2011, the Defendants shall file with the Court the equivalent document.

SO ORDERED.

   /s / Leo T. Sorokin
UNITED STATES MAGISTRATE JUDGE